UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | NO.: EP-22-CR-01292-DCG(1) |
| DELIA ESQUIVEL, § | |
| Defendant. § | |

**MOTION TO REVOKE SUPERVISED RELEASE (AMENDED)**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and moves the Court to revoke the supervised release of **DELIA ESQUIVEL,** in the above entitled and numbered cause. In support of this motion the United States of America alleges violations of Supervised Release as set forth in U.S. Probation Form 12C (attached), **Amended** Petition for Warrant or Summons for Offender Under Supervision, filed in the above-entitled and numbered cause.

WHEREFORE, premises considered, the United States respectfully prays that Defendant's supervised release be revoked.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _Stephen Garcia_
STEPHEN G. GARCÍA
Assistant U.S. Attorney
Texas Bar #07646450
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884