# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § § | |
| vs. | § § | NO: EP:22-CR-01292(1)-DCG |
| **(1) Delia Esquivel** | § | |

## ORDER SETTING HEARING ON MOTION TO REVOKE PROBATION

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION TO REVOKE PROBATION *IN PERSON*,** in District Courtroom, Room 322, on the 3rd Floor of the United States Courthouse, 525 Magoffin, El Paso, TX, on

**March 14, 2024 at 10:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that if for any reason the defendant or counsel is not available that the attorney of the defendant must file a motion for continuance.

IT IS SO ORDERED this 18th day of January, 2024.

_____
HON. DAVID C GUADERRAMA
SENIOR UNITED STATES DISTRICT JUDGE